PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Mills                                           Cr.: 07-00586-001

Name of Original Sentencing Judicial Officer: Charles L. Brieant, U.S. District Judge (SD/NY)

Date of Original Sentence: 09/14/99

*Transfer of Jurisdiction to D/NJ: 07/13/07*

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh, U.S. District Judge

Original Offense: Possession with Intent to Distribute Marijuana

Original Sentence: 60 months imprisonment; 4 years supervised release; $100 special assessment. Special Condition: drug testing and/or treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/10/03

Assistant U.S. Attorney: To be assigned                    Defense Attorney: To be assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | On July 6, 2007, Mills received summonses from the Montville Police Department for driving while suspended and failure to possess a valid driver's license. Mills failed to report this law enforcement contact within 72 hours. |
| 2 | The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Mills failed to report on his June and July 2007 Monthly Supervision Reports any vehicles "owned or driven by you." Specifically, Mills has operated a 2001 Chevy Tahoe, without a valid driver's license, during each of these months. |

3     The offender has violated the supervision condition which states ' **You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

During an office visit on July 10, 2007, Mills denied driving the 2001 Chevy Tahoe during the month of June 2007, despite being observed operating said vehicle on June 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/24/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/6/07
Date

Dennis M. Cavanaugh
U.S. District Judge